**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MALVIN SEDEKI KAMARA ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CASE NO. 3:24-cv-00025-CRE |
| ) | |
| MERRICK B. GARLAND, et al. ) | |
| ) | |
| Respondents. ) | |

**ORDER FOR ADMINSTRATIVE CASE CLOSING**

The Petition filed by the individual identified above has been received without a filing fee or the required forms required to proceed *in forma pauperis* in a habeas case. This action may not proceed unless the Petitioner either,

1) tenders to the "Clerk, U.S. District Court" the statutory filing fee in the amount of $5.00, or,

2) files a properly completed application to proceed *in forma pauperis,* an affidavit as required by 28 U.S.C. § 1915, and a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the Petitioner has in any account in the institution. *See* Rule 3(a)(2) of the Rules Governing Section 2254 Cases In the United States District Court.

**IT IS ORDERED** that this petition is dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court is to mark this case administratively **CLOSED**.

**IT IS FURTHER ORDERED** that Petitioner may reopen the case by paying the $5.00 filing fee or filing a properly completed application to proceed *in forma pauperis*.

So **ORDERED** this 21st day of February, 2024.

BY THE COURT:

s/Cynthia Reed Eddy
United States Magistrate Judge

cc:   MALVIN SEDEKI KAMARA
A214888012
MOSHANNON VALLEY PROCESSING CENTER
555 GEO DRIVE
PHILIPSBURG, PA 16866
*Via first-class mail*